

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donnie Ray McKinley Jr. | Civil Action No. 17-cv-00243-CAB-BGS |
| **Plaintiff,** | |
| V. | |
| See Attachment | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Complaint is Dismissed with prejudice and without leave to amend for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and § 1915A(b).

Date: 6/21/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Gutierrez
J. Gutierrez, Deputy

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 17-cv-00243-CAB-BG

R. Frentz, Correctional Case Records Spc.; R. Young, Correctional Case Records Adm.; D. Paschal, Correctional Case Records Mgr.; D. Stewart, Correctional Case Records Spc.; Beth, Correctional Case Records Mgr.; K. Moore, Correctional Case Records Mgr.; L. Kearns, Correctional Case Records Alt.; E. Butler, Correctional Case Records Sup.; J.T. Ochoa, Chief Deputy Warden; L. McEwen; Warden; J. Beard, Secretary of CDCR; R. Johnson, Associate Warden - C.S.; R. Madden, Warden